Filed 3/28/23 In re D.S. CA5

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b). This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FIFTH APPELLATE DISTRICT

| | |
|---|---|
| In re D.S., a Person Coming Under the Juvenile Court Law. | |
| THE PEOPLE,<br><br>        Plaintiff and Respondent,<br><br>                    v.<br><br>D.S.,<br><br>        Defendant and Appellant. | F084790<br><br>(Super. Ct. No. JJD072941)<br><br>**OPINION** |

-ooOoo-

### THE COURT*

APPEAL from an order of the Superior Court of Tulare County. Hugo J. Loza, Judge.

Helen Hoeffel, under appointment by the Court of Appeal, for Defendant and Appellant.

Office of the State Attorney General, Sacramento, California, for Plaintiff and Respondent.

-ooOoo-

---

\*      Before Hill, P. J., Levy, J. and Franson, J.

Appointed counsel for minor D.S. asked this court to review the record to determine whether there are any arguable issues on appeal. (*People v. Wende* (1979) 25 Cal.3d 436.) Minor was advised of his right to file a supplemental brief within 30 days of the date of filing of the opening brief. Minor did not respond. Finding no arguable error that would result in a disposition more favorable to minor, we affirm.

## BACKGROUND

Beginning in April 2020, three petitions pursuant to Welfare and Institutions Code section 602 were filed against minor.

Then, on March 4, 2022, officers stopped minor, who was 17 years old, and two other males in a vehicle that was speeding and had expired registration. A loaded weapon with a magazine containing live rounds was found within minor's reach under the passenger seat where he was seated. The officers detained minor.

On March 8, 2022, a subsequent Welfare and Institutions Code section 602 petition was filed alleging felony possession of a firearm (Pen. Code, § 29610) and misdemeanor possession of live ammunition (Pen. Code, § 29650).

On May 9, 2022, the juvenile court found the allegations true at a contested jurisdictional hearing.

On June 13, 2022, the juvenile court ordered defendant to continue as a ward on probation in his sister's custody with various terms and conditions.

On August 11, 2022, minor filed a notice of appeal.

## DISCUSSION

Having undertaken an examination of the entire record, we find no evidence of any arguable error that would result in a disposition more favorable to minor.

## DISPOSITION

The juvenile court's findings and orders are affirmed.

2.